For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b)

STATE of Missouri, Respondent,

v.

Scott J. CONNER, Appellant.

No. WD 66143.

Missouri Court of Appeals, Western District.

April 3, 2007.

James S. Grantham Versailles, MO, for appellant.

Marvin W. Opie Versailles, MO, for respondent.

Before HOWARD, P.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

Scott J. Conner appeals his conviction for driving while intoxicated, under section 577.010, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).